Dennis Leon SMITH and Bruce Clyde Smith, Plaintiffs–Appellants,

v.

Michael W. ROACH, United States Marshal, Defendant–Appellee.

No. 10–6000.

United States Court of Appeals, Tenth Circuit.

April 13, 2010.

Dennis Leon Smith, Campo, CO, pro se.

Bruce Clyde Smith, Campo, CO, pro se.

Before HARTZ, ANDERSON, and TYMKOVICH, Circuit Judges.*

### ORDER AND JUDGMENT **

TIMOTHY M. TYMKOVICH, Circuit Judge.

Dennis Leon Smith and Bruce Clyde Smith appeal the Order dismissing their case from district court. We have jurisdiction under 28 U.S.C. § 1291. After reviewing Appellants' filings in this case, including the record on appeal, and the district court's Order dismissing the Smiths' case with prejudice, we DISMISS this appeal.

We also DENY both Appellants' Motions for Leave to Proceed on Appeal Without Prepayment of Costs or Fees, and remind Appellants to contact the clerk of the district court to arrange payment plans for their filing fee. Further, we

---

** This order and judgment is not binding precedent except under the doctrines of law of the case, res judicata and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

DENY Appellants' request to forward the 248–page Record on Appeal.